LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN

———

NICOLE ZEICHNER

OF COUNSEL
  ROBERT M. SILVERSTEIN

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

<u>VIA E-MAIL</u>

February 13, 2012

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 21 2012

      Re:  <u>United States v. Bruno Krasniqi and Saimir Krasniqi</u>
         <u>10-CR-464 (KBF)</u>

Dear Judge Forrest:

  I write on behalf of my client Saimir Krasniqi. Saimir Krasniqi and his brother, Bruno Krasniqi, were convicted by jury after a 5 week trial ending in December, 2011. This case was reassigned to you after Judge Richard Holwell left the bench.

  On December 6, 2011, after the jury verdict, and at the request of both defendants, Judge Holwell set February 6, 2012 as the filing date for post - trial motions. As I informed Judge Holwell by fax on that date, Saimir Krasniqi will not be filing written motions. Rather, we renewed our motions made orally at trial pursuant to Federal Rules of Criminal Procedure 29 and 33.

  Pre-sentence reports have not been ordered, and no sentence date has been set as of yet.

  Kelley Sharkey, Esq., counsel for Bruno Krasniqi, joins me in this letter.

Respectfully submitted,

*/s/ Avrom Robin*

AVROM ROBIN

Copy via email: A.U.S.A. Avi Weitzman, Natalie Lamarque, and P. Ian McGinley
        Kelley Sharkey, Esq., Avraham C. Moskowitz, Esq.